UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

TRANSPORTATION ORDER

V.

19 Cr. 781 (PKC)

Jazmyne Alyce Johns,

Defendants

---

Upon the application of Jazymne Alyce Johns, by her attorney, Donald duBoulay, Esq. pursuant to 18 U.S.C. §4285, and in the interest of justice, it is hereby

ORDERED, that the United States Marshal's Service shall arrange for the non-custodial transportation of Jazymne Alyce Johns from Houston, Texas (George Bush Intercontinental Airport) to any appropriate airport in the greater New York area for Ms. Johns court appearance, scheduled for Monday, January 13, 2010 at 3:00 p.m., to arrive no later than 9:00 a.m. on that day and depart for Houston, Texas no earlier than 6:30 p.m. that same day.

ORDERED that the cost of such transportation shall be paid by the United States Marshal's Service out of funds authorized by the Attorney General for such expenses.

Dated: New York, New York
       January 7, 2020

SO ORDERED,

The Honorable P. Kevin Castel
United States District Judge