UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        19-cr-781 (PKC)

    -against-

                                        <u>ORDER</u>

TERRY FORMER,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        There will be a change-of-plea hearing in this case on April 2, 2021 at 2 p.m. The public may access an audio feed of the proceeding at the following number:

        <u>Dial-in</u>:      (888) 363-4749

        <u>Access Code</u>:  3667981

Members of the public must mute their phones and are not permitted to speak during the proceeding.

        SO ORDERED.

                                                    P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         March 30, 2021