UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

19-cr-781-03 (PKC)

-against-

ORDER

JAZMYNE ALYCE JOHNS,

Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

Scott B. Tulman is appointed pursuant to the Criminal Justice Act as additional counsel for Jazmyne Alyce Johns solely for the purpose of advising on pretrial matters. Donald duBoulay remains counsel for all purposes, including the May 17, 2021 trial of this action.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 31, 2021