LAW OFFICES OF
# Scott B. Tulman & Associates, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

August 17, 2021

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted. Sentencing is adjourned from September 1, 2021 to October 26, 2021 at 3:30 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 8/18/2021
>
> P. Kevin Castel
> United States District Judge

Re: United States v. Jazmyne Alyce Johns
19-cr-781-03 (PKC)

Dear Judge Castel:

    I represent Defendant Jazmyne Johns in the above matter. Mr. Johns is scheduled to be sentenced on September 1, 2021, at 11:00 a.m. With the Government's consent, I respectfully seek a six-week adjournment of the sentencing. There have been no prior requests.

    The reason I seek this adjournment is to permit additional time to obtain from my client additional mitigating information relevant to the application of the sentencing factors in her case. I require this additional time because the Department of Probation has recommended a significant variance in this case from its' calculated advisory guideline range of 24-30 months to "time served." We seek additional mitigating information, including current information regarding the needs of Ms. Johns' two young children, to further support the Department of Probation's recommendation.

    Accordingly, I respectfully seek this adjournment, together with the adjournment of the deadlines for sentencing submissions in conformity with the Court's Individual Rules. In determining a new date, I respectfully inform the Court that I will be outside New York State the entire week beginning Monday, October 18 and will return October 23, 3021. The following week, I am scheduled for appearances in the Southern District of New York on October 26 at 11 a.m. and October 27 at 2 p.m.

Respectfully submitted

Scott B. Tulman

SBT:ss
cc: Emily Deininger, Esq., AUSA