UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
UNITED STATES OF AMERICA,                    ORDER
    :
  -v-                                         19 Cr. 781 (PKC)
    :
JAZMYNE ALYCE JOHNS,
    :
    Defendant.
---------------------------------------------X

Upon the application of the Defendant JAZMYINE ALYCE JOHNS, and the Court having granted relief on October 21, 2021 (ECF 19-cr-00781-PKC, Doc. 126),

IT IS HEREBY ORDERED, pursuant to the provisions of Title 18, United States Code, Sections 4285 that the United States Marshal arrange for Defendant Jazmyne Alyce Johns' transportation to/from Texas/New York for sentencing on October 26, 2021, and that she be provided with "subsistence expenses".

Dated:  New York, New York
       October 22, 2021

                                                P. Kevin Castel
                                        United States District Judge