UNITED STATES DISTRICT COURT
SOUNDERN DISTRICT OF NEW YORK
---------------------------------------------X
UNITED STATES OF AMERICA,                ORDER
              :
  -v-                                      19 Cr. 781 (PKC)
              :
JAZMYNE ALYCE JOHNS,
              :
    Defendant.
---------------------------------------------X

      Upon the application of the Defendant JAZMYINE ALYCE JOHNS, and the Court having granted relief on October 21, 2021 (ECF 19-cr-00781-PKC, Doc. 126),

      IT IS HEREBY ORDERED, pursuant to the provisions of Title 18, United States Code, Sections 4285 that the United States Marshal arrange for Defendant Jazmyne Alyce Johns' transportation from Texas to New York for sentencing on October 26, 2021, and that she be provided with "subsistence expenses," including one night's lodging and meals.

Dated:  New York, New York
        October 22, 2021

                                      _____
                                      P. Kevin Castel
                                    United States District Judge