UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　　ORDER

   -v-　　　　　　　　　　　　　　　　　　19 Cr. 781 (PKC)

JAZMYNE ALYCE JOHNS,

       Defendant.
---------------------------------------------X

Upon the application of the Defendant JAZMYINE ALYCE JOHNS, and the Court having granted relief on October 21, 2021 (ECF 19-cr-00781-PKC, Doc. 126),

IT IS HEREBY ORDERED, pursuant to the provisions of Title 18, United States Code, Sections 4285 that the United States Marshal arrange for Defendant Jazmyne Alyce Johns' transportation from New York to Texas following her sentencing on October 26, 2021, and that she be provided with "subsistence expenses."

Dated: New York, New York
       October 22, 2021

                                                P. Kevin Castel
                                          United States District Judge