UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       19-cr-781 (PKC)

      -against-

                                                       <u>ORDER</u>

JAZMYNE ALYCE JOHNS,

                         Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Ms. Johns shall surrender on or before March 15, 2022 at 2 PM to the institution designated by the Bureau of Prisons. The January 25, 2022 surrender date is so modified. Ms. Johns' counsel shall transmit a copy of this Order to the designated institution. The Clerk shall terminate the letter motions (Docs 151 & 152).

        SO ORDERED.

                                                      P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         January 20, 2022