LAW OFFICES OF
## SCOTT B. TULMAN & ASSOCIATES, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE, 18th Floor
NEW YORK, NEW YORK 10169
(212) 867-3600

stulman@tulmanlaw.com
WWW.TULMANLAW.COM

March 14, 2022

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.
SO ORDERED.
Dated: 3/14/2022

*P. Kevin Castel*
*United States District Judge*

Re:   United States v. Jazmyne Alyce Johns
      S2 19-cr-781-03 (PKC)

Dear Judge Castel:

Defendant Jazmyne Johns' is scheduled to surrender tomorrow, March 15, 2022, at 2 pm to begin serving her sentence at a designated location near Dallas, Texas. I write to request a one- week delay of Ms. Johns' surrender date to Tuesday, March 22, 2022, at 2 p.m.

Ms. Johns informs me that she had made arrangements for her mother to be the caretaker of her children, that her mother is ill, and Ms. Johns needs to make alterative arrangements for her children in the event her mother has not recovered by next week.

The Government consents to this short extension of Ms. John's surrender date.

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc: Emily Deininger, Esq., AUSA